ANGELO DiMEGLIO, RESPONDENT, v. SLONK CONSTRUC-
TION COMPANY, APPELLANT.

Submitted February 17, 1939—Decided April 21, 1939.

For the respondent, *George Pellettieri.*

For the appellant, *Samuel D. Lenox.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, DONGES,
PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL,
RAFFERTY, HAGUE, JJ.   12.

*For reversal*—None.